# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SEFF ENTERPRISES & HOLDINGS, LLC and LAURIE FOISTNER<br>Plaintiffs<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BULTER BANK, ROBERT CHAPMAN and ANTONIA SHELZI<br>Defendants | CIVIL ACTION NO. |

### NOTICE OF FILING OF NOTICE OF REMOVAL TO PLAINTIFFS' COUNSEL

Take notice that pursuant to 28 U.S.C. § 1446, Defendant, Federal Deposit Insurance Corporation as Receiver for Butler Bank, has this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further unless and until the case is remanded.

Dated: October 11, 2013

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
BULTER BANK

By its attorneys,

/s/ *Robert A. McCall*
Robert A. McCall
NH Bar No. 14221
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue

Boston, MA  02210-2261
617-951-2100
rmccall@peabodyarnold.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2013, I forwarded a copy of the foregoing Notice of Filing Notice of Removal to all parties of record, as follows:

Joseph A. Foistner, Esq.
3 Galloway Road, #27
Merrimack, NH  03054

James F. Laboe, Esq.
Orr and Reno, P.A.
P.O. Box 3550
Concord, NH  03302-3550

William Aivalikles, Esq.
60 Main Street, Suite 230
Nashua, NH  03060

Robert Chapman
19505 Quesada Avenue, ii204
Port Charlotte, FL  33948

/s/ *Robert A. McCall*
Robert A. McCall

PABOS2:RMCCALL:805950_1
15669-94708

2