STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS. SUPERIOR COURT

216-2009-cv-00522

SEFF ENTERPRISES & HOLDINGS, LLC and LAURIE FOISTNER

v.

BUTLER BANK, ET AL

## NOTICE OF FILING OF NOTICE OF REMOVAL TO STATE COURT

TO: John M. Safford, Clerk of Court
Hillsborough County Superior Court
300 Chestnut Street
Manchester, NH 03101

Take notice that pursuant to 28 U.S.C. § 1446, Defendant, Federal Deposit Insurance Corporation in its capacity as Receiver for Butler Bank, has this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further unless and until the case is remanded.

Dated:  October 11, 2013               Respectfully submitted,


                                       By its attorneys,

                                       /s/ *Robert A. McCall*
                                       Robert A. McCall
                                       NH Bar No. 14221
                                       Peabody & Arnold LLP
                                       Federal Reserve Plaza
                                       600 Atlantic Avenue
                                       Boston, MA  02210-2261
                                       617-951-2100
                                       rmccall@peabodyarnold.com


CERTIFICATE OF SERVICE

I, Robert A. McCall, hereby certify that on October 11, 2013 the within Notice of Filing Notice of Removal was served on the following parties, by causing a copy thereof to be sent via first-class mail to:

Joseph A. Foistner, Esq.                William Aivalikles, Esq.
3 Galloway Road, #27                    60 Main Street, Suite 230
Merrimack, NH  03054                    Nashua, NH  03060

James F. Laboe, Esq.                    Robert Chapman
Orr and Reno, P.A.                      19505 Quesada Avenue, ii204
P.O. Box 3550                           Port Charlotte, FL  33948
Concord, NH  03302-3550

and to the Hillsborough County Superior Court, John M. Safford, Clerk, via first class mail on October 11, 2013.

                                       /s/ *Robert A. McCall*


PABOS2:RMCCALL:805953_1
15669-94708

2