# EXHIBIT D

STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                         SUPERIOR COURT

216-2009-cv-00522

SEFF ENTERPRISES & HOLDINGS, LLC and LAURIE FOISTNER

v.

BUTLER BANK, ET AL

NOTICE OF FILING OF NOTICE OF REMOVAL TO STATE COURT

TO:  John M. Safford, Clerk of Court
     Hillsborough County Superior Court
     300 Chestnut Street
     Manchester, NH  03101

Take notice that pursuant to 28 U.S.C. § 1446, Defendant, Federal Deposit Insurance Corporation in its capacity as Receiver for Butler Bank, has this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further unless and until the case is remanded.

Dated: October 11, 2013

Respectfully submitted,

By its attorneys,

/s/ *Robert A. McCall*
Robert A. McCall
NH Bar No. 14221
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
617-951-2100
rmccall@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, Robert A. McCall, hereby certify that on October 11, 2013 the within Notice of Filing Notice of Removal was served on the following parties, by causing a copy thereof to be sent via first-class mail to:

Joseph A. Foistner, Esq.
3 Galloway Road, #27
Merrimack, NH  03054

William Aivalikles, Esq.
60 Main Street, Suite 230
Nashua, NH  03060

James F. Laboe, Esq.
Orr and Reno, P.A.
P.O. Box 3550
Concord, NH  03302-3550

Robert Chapman
19505 Quesada Avenue, ii204
Port Charlotte, FL  33948

and to the Hillsborough County Superior Court, John M. Safford, Clerk, via first class mail on October 11, 2013.

/s/ *Robert A. McCall*

PABOS2:RMCCALL:805953_1
15669-94708