**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court                                       Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk                                  Web: www.nhd.uscourts.gov

January 7, 2014

In re:   Civil No. 13-cv-454-LM, <u>Seff Enterprises & Holdings, LLC et al v. Federal Deposit Insurance Corporation as Receiver for Butler Bank et al</u>

To:     Clerk, Hillsborough Superior Court
        Formerly your case #(s): 216-2009-cv-522

By Court order, the above case was remanded to your court. We enclose a certified copy of the order and docket entries.

A Stipulation of Dismissal as to FDIC-Receiver and Robert Chapman was filed on December 17, 2013.

Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.   If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

Orders of remand are not reviewable on appeal or otherwise, 28 U.S.C. § 1447(d), except in certain civil rights cases described in 28 U.S.C. § 1443, 28 U.S.C. § 1447(d), class actions within the meaning of 28 U.S.C. § 1453(c)(1), and certification decisions regarding whether a federal employee named in a tort action was acting within the scope of employment pursuant to 28 U.S.C. § 2679.   See <u>Osborn v. Haley</u>, 549 U.S. 225 (2007).

                                        JAMES R. STARR
                                        CLERK

Enclosures

cc:   **William E. Aivalikles, Esq.**
      **Barton E. Centauro, Esq.**
      **Robert A. McCall, Esq.**
      **James F. Laboe, Esq.**